UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

In Re:                                                    Bankruptcy No. 19-22633-JAD
Melissa M Lewandowski,
          Debtor(s)
                                                          Chapter 13

Freedom Mortgage Corporation,                             Related to Claim # 1
          Movant(s)
                              v.
Melissa M Lewandowski, and Ronda J.
Winnecour, Trustee
          Respondent(s)

DECLARATION THAT EXISTING CHAPTER 13 PLAN IS SUFFICIENT TO
FUND THE PLAN WITH THE MODIFIED DEBT

1. Freedom Mortgage Corporation filed a Notice of Mortgage Payment Change on November 5, 2021.
2. Debtor's current escrow account payment was $130.24 per month.
3. Debtor's new escrow account payment is $138.65 per month.
4. Debtor's principal and interest payment remains unchanged
5. Debtor's new total payment is $416.03 per month.
6. Debtor believes and avers that the current confirmed plan is sufficient without the need for amendment.

Date:  November 5, 2021                    /s/ Corey J. Sacca_____
                                           Corey J. Sacca, Esq.
                                           PA ID # 306741
                                           Bononi & Company, P.C.
                                           20 North Pennsylvania Ave, Suite 201
                                           Greensburg, PA 15601
                                           (724) 832-2499
                                           csacca@bononilaw.com