IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:
Melissa M Lewandowski
                    Debtor(s)

Bankruptcy No. 19-22633-JAD

Chapter 13

Related to Document No. 48, 49

**CERTIFICATE OF SERVICE OF AMENDED ORDER TO PAY TRUSTEE
PURSUANT TO WAGE ATTACHMENT AND LOCAL FORM 12**

I certify under penalty of perjury that I served the above captioned pleading on the parties listed below on November 10, 2022.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was:  First Class Mail, postage pre-paid to:

Sisters of Charity Center
c/o Payroll Coordinator
144 DePaul Center Road
Greensburg, PA 15601

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

EXECUTED ON:  November 10, 2022

 */s/ Corey J. Sacca*
Corey J. Sacca, Esquire
20 N. Pennsylvania Ave, Suite 201
Greensburg, PA  15601-2337
csacca@bononilaw.com
(724) 832-2499
PA ID# 306741

**PAWB Local Form 7 (07/13)**