UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>  MELISSA M LEWANDOWSKI | Case No.19-22633JAD |
| Debtor(s)<br>Ronda J. Winnecour, Trustee<br>  Movant<br>    vs.<br>  MELISSA M LEWANDOWSKI | Chapter 13<br><br>  Related to<br>Document No.  55 |
| Respondents | |

### ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this   14th   day of   June  , 2024, it is hereby ORDERED, ADJUDGED, and DECREED that,

Sisters Of Charity Center
Attn: Payroll Manager
144 Depaul Center Rd
Greensburg, PA 15601

is hereby ordered to immediately terminate the attachment of the wages of MELISSA M LEWANDOWSKI, social security number XXX-XX-7552.  No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of MELISSA M LEWANDOWSKI.

BY THE COURT:

_____ sjk
UNITED STATES BANKRUPTCY JUDGE
Jeffery A. Deller

cc: Debtor(s)
    Debtor(s) Attorney

FILED
6/14/24 1:07 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-22633-JAD |
| Melissa M Lewandowski | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Jun 14, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 16, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Melissa M Lewandowski, 6788 Low Street, Mount Pleasant, PA 15666-1348 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 16, 2024                    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 14, 2024 at the address(es) listed below:

**Name**    **Email Address**

Corey J. Sacca
    on behalf of Debtor Melissa M Lewandowski csacca@bononilaw.com
    coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com;r39887@notify.bestcase.com;3230706420@filings.docketbird.com

Denise Carlon
    on behalf of Creditor Freedom Mortgage Corporation dcarlon@kmllawgroup.com

Maria Miksich
    on behalf of Creditor Freedom Mortgage Corporation mmiksich@kmllawgroup.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Robert Davidow
    on behalf of Creditor Freedom Mortgage Corporation robert.davidow@phelanhallinan.com

Ronda J. Winnecour

District/off: 0315-2 | User: auto | Page 2 of 2
Date Rcvd: Jun 14, 2024 | Form ID: pdf900 | Total Noticed: 1

        cmecf@chapter13trusteewdpa.com

Thomas Song
        on behalf of Creditor Freedom Mortgage Corporation pawb@fedphe.com

TOTAL: 7