Certificate Number: 16339-PAW-DE-038580388

Bankruptcy Case Number: 19-22633



16339-PAW-DE-038580388

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 17, 2024, at 2:03 o'clock PM EDT, Melissa Lewandowski completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   June 17, 2024         By:    /s/Kelley Tipton

Name:  Kelley Tipton

Title:  Certified Financial Counselor