**Fill in this information to identify the case:**

Debtor 1    Melissa  M. Lewandowski

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: <u>Western</u> District of <u>PA</u>

Case number   <u>19-22633 JAD</u>

## Form 4100R

# Response to Notice of Final Cure Payment     10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

| Part 1: | Mortgage Information |
|---|---|

**Name of Creditor:**    FREEDOM MORTGAGE CORPORATION     **Court claim no.** (if known):    1-2

**Last 4 digits** of any number you use to identify the debtor's account:    0751
**Property address:**

6788 Low Street
Mount Pleasant, PA 15666

| Part 2: | Prepetition Default Payments |
|---|---|

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:     $ _____

| Part 3: | Postpetition Mortgage Payment |
|---|---|

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:     08 / 01 / 2024

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a.    Total postpetition ongoing payments due:      (a)    $ _____

b.    Total fees, charges, expenses, escrow, and costs outstanding:     + (b)    $ _____

c.    **Total.** Add lines a and b.       (c)    $ _____

Creditor asserts that the debtor(s) are contractually obligated for
the postpetition payment(s) that first became due on:

Document ID: 64c4d52e8b2824e7fda936e5414cde649b98fe7c75b96637974bb7be233ddcdf

Debtor(s)   <u>Melissa  M. Lewandowski</u>
　　　　　First Name　　Middle Name　　　　Last Name

Case Number *(if known)*: 19-22633 JAD

---

| **Part 4:** | **Itemized Payment History** |
| --- | --- |

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

---

| **Part 5:** | **Sign Here** |
| --- | --- |

**The person completing this response must sign it.  The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐  I am the creditor.
☒  I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/ *Brent J. Lemon*

PA Western BK
15 Jul 2024, 12:36:21, EDT

Date      07/15/2024

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 16106
215-627-1322
bkgroup@kmllawgroup.com
Attorney for Creditor

---

Document ID: 64c4d52e8b2824e7fda936e5414cde649b98fe7c75b96637974bb7be233ddcdf

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Melissa M. Lewandowski** | **BK NO. 19-22633 JAD** |
| **Debtor(s)** | |
| | **Chapter 13** |
| **FREEDOM MORTGAGE CORPORATION** | |
| | **Related to Claim No. 1-2** |
| **Movant** | |
| **vs.** | |
| **Melissa M. Lewandowski** | |
| **Debtor(s)** | |
| **Ronda J. Winnecour**, | |
| **Trustee** | |

## CERTIFICATE OF SERVICE
## RESPONSE TO NOTICE OF FINAL CURE MORTGAGE PAYMENT

I, Brent J. Lemon of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on July 16, 2024, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below:

Debtor(s)
Melissa M. Lewandowski
6788 Low Street
Mount Pleasant, PA 15666

Attorney for Debtor(s) (via ECF)
Corey J. Sacca
Bononi & Company
20 North Pennsylvania Avenue
Greensburg, PA 15601

Trustee (via ECF)
Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Method of Service:  electronic means or first-class mail.

Dated: July 16, 2024

*/s/ Brent J. Lemon*
Brent J. Lemon
Attorney I.D. 86478
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
(412) 475-8764
blemon@kmllawgroup.com